| | |
|---|---|
| 1  Daniel T. Shvodian (SBN 184576) | |
|    ShvodianD@howrey.com | **E-Filed 10/26/2010** |
| 2  HOWREY LLP | |
|    1950 University Avenue, 4th Floor | |
| 3  East Palo Alto, CA  94303 | |
|    Telephone:  (650) 798-3500 | |
| 4  Facsimile:   (650) 798-3600 | |
| | |
| 5  Jason C. White (admitted *pro hac vice*) | |
|    WhiteJ@howrey.com | |
| 6  Scott D. Sherwin (admitted *pro hac vice*) | |
|    SherwinS@howrey.com | |
| 7  HOWREY LLP | |
|    321 North Clark Street, Suite 3400 | |
| 8  Chicago, IL  60654 | |
|    Telephone:  (312) 595-1239 | |
| 9  Facsimile:   (312) 595-2250 | |

Attorneys for Defendant
GlaxoSmithKline LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., | Case No. 10-CV-03248-JF |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE NOVEMBER 5, 2010 INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| GLAXOSMITHKLINE LLC, | Date:  November 5, 2010 |
| Defendant. | Time:  10:30 a.m. |
| | Courtroom:  3 |
| | Judge:  Hon. Jeremy Fogel |

Case No. 10-CV-03248-JF
JOINT STIPULATION & [PROPOSED] ORDER TO CONTINUE
NOVEMBER 5, 2010 INITIAL CASE MANAGEMENT CONFERENCE

1  Defendant GlaxoSmithKline LLC and Plaintiff San Francisco Technology Inc., by and through
2  their counsel of record, hereby request a continuance of the Initial Case Management Conference
3  presently scheduled for November 5, 2010 at 10:30 a.m. to November 12, 2010 at 10:30 a.m., or the
4  next available date on the Court's calendar.

5  This extension of time is requested due to the unavailability of counsel for Defendant
6  GlaxoSmithKline, who will be appearing for oral argument before the Court of Appeals for the Federal
7  Circuit on November 5, 2010. Counsel for San Francisco Technology does not have any objection to
8  this short continuance of the Initial Case Management Conference.

9  Based upon the foregoing, IT IS HEREBY STIPULATED that the Initial Case Management
10 Conference should be continued to November 12, 2010 at 10:30 a.m., or at the Court's earliest
11 convenience thereafter. The parties will file a Joint Case Management Statement by November 5,
12 2010, or a week before the rescheduled Initial Case Management Conference.

14 Dated: October 21, 2010                By:   */s/ Daniel T. Shvodian*
                                                 Daniel T. Shvodian

                                         Daniel T. Shvodian (SBN 184576)
16                                       HOWREY LLP
                                         1950 University Avenue, 4th Floor
17                                       East Palo Alto, CA  94303
                                         Telephone:  (650) 798-3500
18                                       Facsimile:   (650) 798-3600
                                         Email:  ShvodianD@howrey.com

                                         Attorneys for Defendant
20                                       GLAXOSMITHKLINE LLC


22                                       By:    */s/ Daniel H. Fingerman*
                                                 Daniel H. Fingerman


24                                       Daniel H. Fingerman (SBN 229683)
                                         MOUNT & STOELKER, P.C.
                                         333 W. San Carlos Street, Suite 1650
25                                       San Jose, CA  95110-2726
                                         Telephone:  (408) 279-7000
26                                       Facsimile:   (408) 998-1473
                                         Email:  dfingerman@mount.com

                                         Attorneys for Plaintiff
28                                       SAN FRANCISCO TECHNOLOGY INC.

1 **<u>ORDER</u>**

2     The parties having so stipulated, and good cause appearing,

3     IT IS SO ORDERED that the Initial Case Management Conference be continued from
4 November 5, 2010 to November 12, 2010 at 10:30 a.m. in Courtroom 3.

6 Dated:   10/26/2010

7                                                    Honorable Jeremy Fogel
8                                                    United States District Judge

Case No. 10-CV-03248-JF                           -1-
JOINT STIPULATION & [PROPOSED] ORDER TO CONTINUE
NOVEMBER 5, 2010 INITIAL CASE MANAGEMENT CONFERENCE

**FILER'S ATTESTATION**

I, Daniel T. Shvodian, am the ECF user whose identification and password are being used to file this Joint Stipulation. Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Daniel H. Fingerman.

Dated: October 21, 2010

By: */s/ Daniel T. Shvodian*
    Daniel T. Shvodian

Case No. 10-CV-03248-JF
FILER'S ATTESTATION

-1-

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 21, 2010, the foregoing document was filed with the Clerk of U.S. District Court of the Northern District of California, using the Court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

Dated: October 21, 2010

HOWREY LLP

By: */s/ Daniel T. Shvodian*
Daniel T. Shvodian

Attorneys for Defendant
GlaxoSmithKline LLC

23497192