UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br>         Plaintiff, <br>   v. <br> GLAXOSMITHKLINE LLC, <br>         Defendant. | Case No.: C 10-3248 JF (PSG) <br><br> **ORDER OF RECUSAL FROM DISCOVERY REFERENCE** |

On December 6, 2010, this case was referred to the undersigned for discovery matters. Based on the file herein,

IT IS HEREBY ORDERED that I recuse myself from hearing or determining any discovery matters in the above-entitled action. The Clerk of Court shall randomly reassign this case to another magistrate judge for discovery matters.

Dated: *December 13, 2010*

                                        PAUL S. GREWAL
                                        United States Magistrate Judge