Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke, Esq. (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
         blemke@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>　　　　　Plaintiff<br><br>vs.<br><br>GlaxoSmithKline LLC<br><br>　　　　　Defendant | Case No. 5:10-cv-03248-JF-PSG<br><br>**Stipulation and [Proposed] Order to Continue Motion Hearing to Allow Time For Settlement**<br><br>Date:　July 8, 2011<br>Time:　9:00 a.m.<br>Room:　Courtroom 3, 5th Floor<br>Judge:　Jeremy Fogel |

1    The parties stipulate and request that the court enter an order as follows:

2    1.   The parties have reached a settlement which would result in the dismissal of this case and avoid the need for motion practice. The parties request a continuance of the motion hearing to allow time for a formal settlement agreement to be executed.

   2.   Defendant GlaxoSmithKline LLC filed a motion to dismiss (Docket No. 46) on May 6, 2011 which remains pending. The court is currently scheduled to hear that motion on Friday, July 8, 2011 at 9:00 a.m.

   3.   The parties request that the court continue the motion hearing to allow time for the parties to execute a formal written settlement agreement and dismiss this case. The parties request that the court continue the motion hearing to its next available hearing date, but in no event before July 22, 2011.

   In accordance with General Order 45.X.B., Benjamin R. Lemke, counsel for SF Tech, attests that each other signatory listed below has concurred in this filing.

Date: July 7, 2011            Mount, Spelman & Fingerman, P.C.,
                              /s/ Benjamin R. Lemke
                              Counsel for San Francisco Technology Inc.

Date: July 7, 2011            Morgan, Lewis & Bockius LLP
                              /s/ Jason C. White
                              Counsel for GlaxoSmithKline LLC

Pursuant to stipulation, it is so ordered.
Date: 7/7/11

_____
Jeremy Fogel, U.S. District Judge

Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000

**Certificate of Service**

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF). The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date: July 7, 2011                           Mount, Spelman & Fingerman, P.C.,
                                                                     /s/ Benjamin R. Lemke
                                                             Counsel for San Francisco Technology Inc.